**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| KELLY J. DANIELS,<br><br>             Plaintiff,<br><br>    v.<br><br>L.A. COUNTY SHERIFF'S K-9 UNIT, et al.,<br><br>             Defendant(s). | Case No. CV 10-3730-PA (SP)<br><br>**ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE** |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Second Amended Complaint, records on file, and the Report and Recommendation of the United States Magistrate Judge. Defendants have not filed any written Objections to the Report within the time permitted. The Court accepts the findings and recommendation of the Magistrate Judge.

\ \ \

\ \ \

\ \ \

\ \ \

\ \ \

1  IT IS THEREFORE ORDERED that defendants' Motion to Dismiss is denied.
2 Defendants are ordered to answer the Second Amended Complaint within fourteen
3 days of this Order.

6 DATED: July 10, 2012

  _____
  HONORABLE PERCY ANDERSON
  UNITED STATES DISTRICT JUDGE