JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| KELLY J. DANIELS, | ) | Case No. CV 10-3730-PA (SP) |
| Plaintiff, | ) | |
| v. | ) | **JUDGMENT** |
| L.A. COUNTY SHERIFF'S K-9 UNIT, et al., | ) | |
| Defendants. | ) | |

Pursuant to the Memorandum and Order Dismissing Action for Failure to Prosecute,

IT IS HEREBY ADJUDGED that the Second Amended Complaint and this action are dismissed without prejudice.

Dated: May 14, 2013

_____
HONORABLE PERCY ANDERSON
UNITED STATES DISTRICT JUDGE